IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEVIN DION HARVEY,<br>#00923524,<br>PETITIONER,<br><br>v.<br><br>DIRECTOR, TDCJ-CID,<br>RESPONDENT. | §<br>§<br>§<br>§<br>§  CIVIL CASE NO. 3:25-CV-3028-N-BK<br>§<br>§<br>§<br>§ |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the successive habeas corpus petition under 28 U.S.C. § 2254 is **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit. *See* 28 U.S.C. § 2244(b)(3); 28 U.S.C. § 1631. [1]

---

[1] An order transferring a successive application to the court of appeals is not a final order requiring a certificate of appealability. *See United States v. Fulton*, 780 F.3d 683, 688 (5th Cir. 2015); *Brewer v. Stephens*, 605 F. App'x 417 (5th Cir. 2015) (per curiam).

The clerk of the court is **directed** to close this case.

SO ORDERED this 19th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE